442 A.2d 694

**COMMONWEALTH of Pennsylvania,**

v.

**Nina Mae MOULTRIE, Appellant.**

Supreme Court of Pennsylvania.

Argued March 4, 1982.

Decided April 2, 1982.

John H. Corbett, David G. Metinko, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy Dist. Atty., Kathryn L. Simpson, Asst. Dist. Atty., Kenneth Benson, Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.